**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01595-CV

### CHARLIE D. HAWKINS, Appellant

### V.

### MARK J. SOLOMON AND SHARON SOLOMON D/B/A ALL AUTO INSURANCE INC. D/B/A ASSURNET INSURANCE, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09318**

## ORDER

The clerk's record in this case is overdue. By postcard dated February 10, 2015, we notified the district clerk that the clerk's record was overdue. We directed the district clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE